UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

**SHAMROCK FISHERIES LLC,**
**KINEO FISHERIES LLC,**
**MARINER FISHERIES LLC, SEAFARER**
**FISHERIES LLC, CYNBEL FISHERIES**
**LLC, TORBAY FISHERIES LLC,**
**GALWAY FISHERIES LLC,**
**QUINN FISHERIES, INC.,**
**BLUE HARVEST FISHERIES, LLC,**

Plaintiffs,                                          C.A. No. 1:21-cv-10689-ADB

v.

**MARK C. MANNING**
**ROBERT J. BOCKO**
**STEVENSON L. WEEKS**
**as PANELIST**

Defendants, and

**HON. LLOYD MACDONALD, as TRUSTEE**
**of the RAFAEL SETTLEMENT TRUST**

Nominal Defendant

---

## JOINT STATUS REPORT

NOW COME, Shamrock Fisheries LLC, Kineo Fisheries LLC, Mariner Fisheries LLC, Seafarer Fisheries LLC, Cynbel Fisheries LLC, Torbay Fisheries LLC, Galway Fisheries LLC, Quinn Fisheries, Inc. (collectively the "Quinn Entities"), Blue Harvest Fisheries, LLC and certain of its affiliates ("Blue Harvest"), (collectively, the "Plaintiffs") and Defendants' Mark C. Manning, Robert J. Bocko and Stevenson L. Weeks as Panelists (collectively "Defendants" or

1

"Defendant Panelists") to provide a Joint Status Report to this Honorable Court, per its request of July 28, 2021.[1]

The Parties to the underlying arbitration, which relates to claims of disputed ownership and rights to certain fishing vessels and permits the Plaintiffs purchased, engaged in mediation on July 19, 2021, and August 5, 2021, with Mediator, Hon. Mitchell Kaplan (ret.) of JAMS. The mediation concluded without success. The Claimants in the underlying arbitration have re-initiated the arbitration. Accordingly, rulings by this Honorable Court on the pending Motion for Declaratory Relief of the Plaintiff and the Motion to Dismiss of the Defendants are ripe for determination.

Respectfully submitted,
SHAMROCK FISHERIES LLC, KINEOS FISHERIES LLC, MARINER FISHERIES LLC, SEAFARER FISHERIES LLC, CYNBEL FISHERIES LLC, TORBAY FISHERIES LLC, GALWAY FISHERIES LLC, QUINN FISHERIES, Inc., and BLUE HARVEST FISHERIES, LLC.
By their attorneys,

/s/ *Paul T. Muniz*
Paul T. Muniz (BBO No.: 564786)
pmuniz@donovanhatem.com
Eric Asquith (BBO No.: 672448)
easquith@donovanhatem.com
**DONOVAN HATEM LLP**
53 State Street, 8th Floor
Boston, MA 02109
(617) 406-4500 *tel*
(617) 406-4500 *fax*

---

[1] The Order reads, "[a]t the June 16, 2021 motion hearing, the parties represented that a July 19, 2021 mediation may resolve some of the issues in this case. By August 6, 2021, the parties shall file a joint status report stating whether the parties still require a ruling on the pending motion for preliminary injunction and motion to dismiss.

MARK C. MANNING, ROBERT J. BOCKO, STEVENSON L. WEEKS, as PANELISTS

By their attorneys,

/s/*John M. Simon*

_____
Kay H. Hodge (BBO# 236560)
khodge@scmllp.com
John M. Simon (BBO# 645557)
jsimon@scmllp.com
Justin R. Gomes (BBO# 699042)
jgomes@scmllp.com
Stoneman, Chandler & Miller, LLP
99 High Street
Boston, MA 02110
(617) 542-6789

Date: August 6, 2021

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 6, 2021, I electronically filed the foregoing document with the United States District Court for the District of Massachusetts by using the CM/ECF and served all counsel with the document through the Court's CM/ECF filing system.

<u>/s/ Paul Muniz</u>